Curt R. Thomsen, Esq. (ISB #2072)
T. Jason Wood, Esq. (ISB #5016)
THOMSEN STEPHENS LAW OFFICES, PLLC
2635 Channing Way
Idaho Falls, ID  83404
Telephone  (208) 522-1230
Fax  (208) 522-1277

  Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CP ENTERPRISES INTERNATIONAL, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>MELALEUCA, INC.,<br><br>        Defendant, | Case No. CIV-04-19-E-MHW<br><br><br><br>STIPULATION FOR DISMISSAL<br>WITH PREJUDICE |

COME NOW plaintiff and defendant, by and through counsel of record, and stipulate as follows:

1. That plaintiff's amended complaint herein shall be dismissed with prejudice;

2. That each party will bear their own costs and attorney fees incurred in this proceeding;

3. That the stipulated dismissal of this action is not an admission of liability by any party to this proceeding.

1 -   STIPULATION FOR DISMISSAL WITH PREJUDICE

DATED this 21 day of February 2006.

        HUNTLEY, PARK, L.L.P.

        By: _____
            Steve L. Olsen, Esq.
            Attorney for Plaintiff

DATED this 21 day of February 2006.

        THOMSEN STEPHENS LAW OFFICES, P.L.L.C.

        By: _____
            Curt R. Thomsen, Esq.
            Attorney for Defendant

JDH:CRT:clm
4550-002\018 Stip Dismissal

2 -    STIPULATION FOR DISMISSAL WITH PREJUDICE