IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| CP ENTERPRISES INTERNATIONAL, INC., | ) ) ) | Case No. CIV-04-19-E-MHW |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER OF DISMISSAL WITH PREJUDICE |
| MELALEUCA, INC., | ) ) | |
| Defendant, | ) ) | |
| _____ | ) | |

The parties submitted a stipulation for dismissal with prejudice (docket # 35), filed

February 21, 2006.  The Court has reviewed the stipulation and finds good cause to dismiss this

proceeding.

NOW, THEREFORE, it is hereby ordered that Plaintiff's amended complaint be

dismissed with prejudice.  It is further ordered that each party shall bear their own costs and

attorney fees incurred in this proceeding.

DATED: **March 14, 2006**



_____
Honorable Mikel H. Williams
United States Magistrate Judge

1 -      ORDER OF DISMISSAL WITH PREJUDICE